# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–11991 – MCR**   Chapter: **7**

**Patricia Ann Blake**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 22 – Presumption of Abuse Unknown. Chapter 7 Statement of Your Current Monthly Income Form 122A–1 Filed by Patricia Ann Blake (related document(s)19 Order on Motion to Extend Time). (Fraser, Kizzy)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/18/24. – The presumption of abuse is undetermined.**

CURE: – Please complete and file Official Form 122A–2. The presumption of abuse is determined by Form 122A–2.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/4/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kizzy Fraser
410–962–4277

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)